

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:      Javier A. Vega v. Fulcrum Energy, LLC and Fulcrum Power Services, L.P.

Appellate case number:    01-12-00134-CV

Trial court case number:  2008-67819

Trial court:              55th District Court of Harris County

     It is ordered that Appellant's Motion for Rehearing is **denied**.

Justice's signature:  /s/ Rebeca Huddle
                 Acting for the Court

Panel consists of:   Chief Justice Radack and Justices Bland and Huddle

Date: December 19, 2013